**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FIREMEN'S INSURANCE COMPANY OF WASHINGTON, D.C. | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No.: 1:17-cv-00138-ABJ |
| AMERICAN SELECT INSURANCE COMPANY | ) ) ) |
| Defendant. | ) ) ) |

**NOTICE OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Firemen's Insurance Company of Washington, D.C., by counsel, hereby voluntarily dismisses this action without prejudice.

DATED:        April 12, 2017

**FIREMEN'S INSURANCE COMPANY OF WASHINGTON, D.C.**


By:   /s/ Lindsay Lankford Rollins
            Counsel

John B. Mumford, Jr. (DCB No.: 1027364)
Lindsay Lankford Rollins (DCB No.: 1024473)
Hancock, Daniel, Johnson & Nagle, P.C.
4701 Cox Road, Suite 400
Glen Allen, Virginia  23060
Phone:  (804) 967-9604
Fax:  (804) 967-9888
jmumford@hdjn.com
lrollins@hdjn.com
*Counsel for Firemen's Insurance Company of Washington, D.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of April 2017, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Reginald M. Jones, Esq.
FOX ROTHSCHILD, LLP
1030 15th Street, N.W.
Suite 380 East
Washington, DC 20005
*Attorney for Defendant*
*American Select Insurance Company*

      /s/ Lindsay Lankford Rollins
John B. Mumford, Jr. (DCB No.: 1027364)
Lindsay Lankford Rollins (DCB No.: 1024473)
Hancock, Daniel, Johnson & Nagle, P.C.
4701 Cox Road, Suite 400
Glen Allen, Virginia  23060
Phone:  (804) 967-9604
Fax:  (804) 967-9888
jmumford@hdjn.com
lrollins@hdjn.com
*Counsel for Firemen's Insurance Company of*
*Washington, D.C.*